**AKIN GUMP STRAUSS HAUER & FELD LLP**

Kevin G. McBride (SBN 195866)
Brock F. Wilson (SBN 248018)
4 Park Plaza, Suite 1900
Irvine, California 92614
Telephone: (949) 885-4200
Facsimile: (949) 885-4101
Email: kmcbride@akingump.com
Email: bfwilson@akingump.com

Cono A. Carrano (*pro hac vice* pending)
Ryan S. Stronczer (*pro hac vice* pending)
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street N.W.
Washington, DC 20006
Telephone: (202) 887-4000
Fax: (202) 887-4288
Email: ccarrano@akingump.com
Email: rstronczer@akingump.com

Lauren E. York (*pro hac vice* pending)
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 N. Field St., Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Fax: (214) 969-4343
Email: lyork@akingump.com

Attorneys for Non-Party
Unified Patents, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE COURTHOUSE**

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP, et al., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Case No. 5:22-mc-80114 <br><br> **DECLARATION OF CONO CARRANO IN SUPPORT OF UNIFIED PATENTS, LLC'S MOTION TO QUASH SUBPOENA** <br><br><br> Date Action Filed: May 6, 2022 |

I, Cono A. Carrano, declare as follows:

1. I am a partner at the law firm Akin Gump Strauss Hauer & Feld LLP, counsel for movant Unified Patents, LLC ("Unified") in the above-captioned action. I am an attorney licensed to practice law in the District of Columbia and New York. I make this Declaration in support of Unified's Motion to Quash the Subpoenas served on non-party Unified by Wapp Tech Limited Partnership and Wapp Tech Corp. (collectively, "Wapp") in connection with two matters where Unified is a nonparty:

- *Wapp Tech Limited Partnership et al. v. Bank of America, N.A.*, Civ. A. No. 4:21-CV-00670-ALM (E.D. Tex. Aug. 27, 2021) (the "*Bank of America* suit")
- *Wapp Tech Limited Partnership et al. v. Wells Fargo Bank, N.A.*, Civ. A. No. 4:21-cv-00671-ALM (E.D. Tex. Aug. 27, 2021) (the "*Wells Fargo* suit," and together with the *Bank of America* suit, the "E.D. Texas suits").

I have personal knowledge of the facts set forth in this declaration, and can testify competently thereto if called upon to do so as a witness.

2. Attached hereto as Exhibit 1 is a true and correct copy of the original subpoena and the Proof of Service for the subpoena served on Unified in the *Bank of America* suit.

3. Attached hereto as Exhibit 2 is a true and correct copy of the original subpoena and the Proof of Service for the subpoena served on Unified in the *Wells Fargo* suit.

4. Attached hereto as Exhibit 3 is a true and correct copy of Unified's Response and Objections to the Subpoena in the *Bank of America* suit, which Unified served concurrently with the filing of this motion.

5. Attached hereto as Exhibit 4 is a true and correct copy of Unified's Response and Objections to the Subpoena in the *Wells Fargo* suit, which Unified served concurrently with the filing of this motion.

6. Attached hereto as Exhibit 5 is a true and correct copy of correspondence between Wapp's counsel, Masood Anjom of Ahmad, Zavitsanos & Mensing LLC, and Unified's counsel, Ryan Stronczer of Akin Gump Strauss Hauer & Feld LLP, between April 18, 2022 and May 6, 2022.  The correspondence includes the parties' various agreements regarding the due date for Unified's objections and responses to Wapp's Subpoenas.

7. Prior to filing the present motion, I met and conferred with Wapp's counsel, Masood Anjom of Ahmad, Zavitsanos & Mensing LLC, regarding the Subpoenas on Tuesday, May 3, 2022 and Friday, May 6, 2022.  I explained Unified's position that Wapp's subpoenas seek information irrelevant to any claim or defense in the E.D. Texas suits, seek information that was already provided to Wapp, is available either publicly or from Bank of America or Wells Fargo Bank in the E.D. Texas suits, does not exist, and/or is covered by privilege.  Wapp refused to withdraw the subpoenas.

8. Attached hereto as Exhibit 6 is a true and correct copy of the original complaint filed by Wapp in the *Bank of America* suit.

9. Attached hereto as Exhibit 7 is a true and correct copy of Bank of America's answer filed in the *Bank of America* suit.

10. Attached hereto as Exhibit 8 is a true and correct copy of the Notice of Compliance filed by Bank of America in the *Bank of America* suit.

11. Attached hereto as Exhibit 9 is a true and correct copy of the original complaint filed by Wapp in the *Wells Fargo* suit.

12. Attached hereto as Exhibit 10 is a true and correct copy of Wells Fargo Bank's answer filed in the *Wells Fargo* suit.

13. Attached hereto as Exhibit 11 is a true and correct copy of the Notice of Compliance as to Mandatory Disclosures filed by Wells Fargo Bank in the *Wells Fargo* suit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of May, 2022 at Washington, D.C.

*/s/ Cono A. Carrano*