# EXHIBIT 5

# Langford, Melanie

| | |
|---|---|
| **From:** | Masood Anjom <manjom@AZALAW.COM> |
| **Sent:** | Friday, May 6, 2022 3:17 PM |
| **To:** | Stronczer, Ryan; Scott Clark |
| **Cc:** | Leslie V. Payne; Jeffrey Wright; AG-UPLLC-WAPP |
| **Subject:** | RE: WAPP Tech v. Wells Fargo and Bank of America - Subpoenas to Unified Patents |

Ryan –

On the call today, you informed us that:

(1) UP is not going to produce any documents at this time;
(2) UP can neither confirm nor deny whether the documents we requested exist because UP has performed no investigation;
(3) it is UP's position that to the extent any of the documents exist, we should get them from the banks;
(4) even if we narrowed our requests to only the agreement UP has with the banks and the result of any prior art search, that would not change UP's position; and
(5) while UP has made objections based on confidentiality concerns, UP has not reached out to either of the banks (or any other third party) to confirm whether they have confidentiality concerns.

Please let us know by **COB today** if any of the above is inaccurate. Otherwise, we agree that we will not be filing a motion to compel until we get back to you on Monday.

Regards,



**MASOOD ANJOM**
*Partner*
7136004972   |   800.856.8153
1221 McKinney, Suite 2500
Houston, Texas 77010
LinkedIn   vCard
**AZALAW.COM**

The information contained in this message is privileged, confidential and intended only for the use of the addressee. If the reader of this message is not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of the message is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and return the original message to the sender at the above e-mail address. Thank you.

**From:** Stronczer, Ryan <rstronczer@akingump.com>
**Sent:** Friday, May 6, 2022 1:26 PM
**To:** Masood Anjom <manjom@AZALAW.COM>; Scott Clark <sclark@AZALAW.COM>
**Cc:** Leslie V. Payne <lpayne@hpcllp.com>; Jeffrey Wright <jeffrey.wright@azalaw.com>; AG-UPLLC-WAPP <AG-UPLLC-WAPP@akingump.com>
**Subject:** RE: WAPP Tech v. Wells Fargo and Bank of America - Subpoenas to Unified Patents

Apologies for the serial emails.  Please expressly confirm the below understanding by **3:30pm CT today**.

Thanks,
**Ryan S. Stronczer**
AKIN GUMP STRAUSS HAUER & FELD LLP
Direct: +1 202.887.4586 | Internal: 24586

1

**From:** Stronczer, Ryan
**Sent:** Friday, May 6, 2022 2:25 PM
**To:** 'Masood Anjom' <manjom@AZALAW.COM>; Scott Clark <sclark@AZALAW.COM>
**Cc:** Leslie V. Payne <lpayne@hpcllp.com>; Jeffrey Wright <jeffrey.wright@azalaw.com>; AG-UPLLC-WAPP <AG-UPLLC-WAPP@akingump.com>
**Subject:** RE: WAPP Tech v. Wells Fargo and Bank of America - Subpoenas to Unified Patents

Masood and Scott,

Thank you for the meet and confer this afternoon.

As discussed, the parties agreed to an extension until this Monday, May 9, for you: 1) to discuss Unified Patent's positions with Wapp Tech; 2) discuss our request that Wapp Tech withdraw the subpoenas; and 3) provide Wapp Tech's position on Unified Patents motions to quash, which we plan to file on Monday, May 9 in the event Wapp Tech does not withdraw the subpoenas. We did not, and have not, discussed any other motions, including any Wapp Tech motions to compel. As you know, the EDTX Local Rules require Wapp to meet and confer prior to filing any discovery-related motions. *See* EDTX L.R. CV-7(h).

For the avoidance doubt, it is our understanding the Wapp will not be filing any motion (including motions to compel) between now and at least Tuesday, May 10. Please expressly confirm by 2:30 CT today.

Thanks,
**Ryan S. Stronczer**
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Direct: +1 202.887.4586 | Internal: 24586

**From:** Masood Anjom <manjom@AZALAW.COM>
**Sent:** Thursday, May 5, 2022 5:48 PM
**To:** Stronczer, Ryan <rstronczer@akingump.com>
**Cc:** Leslie V. Payne <lpayne@hpcllp.com>; Scott Clark <sclark@AZALAW.COM>; Jeffrey Wright <jeffrey.wright@azalaw.com>; AG-UPLLC-WAPP <AG-UPLLC-WAPP@akingump.com>
**Subject:** Re: WAPP Tech v. Wells Fargo and Bank of America - Subpoenas to Unified Patents

Ryan - We are available at noon Eastern. Please circulate a dial in.

Thanks,
Masood

> On May 5, 2022, at 3:59 PM, Stronczer, Ryan <rstronczer@akingump.com> wrote:
>
> Masood and Scott,
>
> We are available tomorrow between 11:30-1 and 1:30-3:30 (all times ET) to discuss. Please let us know what time works for you. If you are not available tomorrow, please confirm that you will agree to an extension until next week.
>
> Thanks,
> **Ryan S. Stronczer**
> **AKIN GUMP STRAUSS HAUER & FELD LLP**
> Direct: +1 202.887.4586 | Internal: 24586

2

**From:** Stronczer, Ryan <rstronczer@akingump.com>
**Sent:** Tuesday, May 3, 2022 4:38 PM
**To:** Masood Anjom <manjom@AZALAW.COM>; Leslie V. Payne <lpayne@hpcllp.com>; Scott Clark <sclark@AZALAW.COM>; Jeffrey Wright <jeffrey.wright@azalaw.com>
**Cc:** AG-UPLLC-WAPP <AG-UPLLC-WAPP@akingump.com>
**Subject:** RE: WAPP Tech v. Wells Fargo and Bank of America - Subpoenas to Unified Patents

Masood and Scott,

As agreed during today's meet and confer, we will get back to you by this Friday, May 6 regarding Unified's position.

Thanks,
**Ryan S. Stronczer**
**AKIN GUMP STRAUSS HAUER & FELD** LLP
Direct: +1 202.887.4586 | Internal: 24586

---

**From:** Masood Anjom <manjom@AZALAW.COM>
**Sent:** Tuesday, May 3, 2022 10:01 AM
**To:** Stronczer, Ryan <rstronczer@akingump.com>; Leslie V. Payne <lpayne@hpcllp.com>; Scott Clark <sclark@AZALAW.COM>; Jeffrey Wright <jeffrey.wright@azalaw.com>
**Cc:** AG-UPLLC-WAPP <AG-UPLLC-WAPP@akingump.com>
**Subject:** RE: WAPP Tech v. Wells Fargo and Bank of America - Subpoenas to Unified Patents

Confirmed for the call today.

As for an extension, we are amenable to agreeing to one once we have had a chance to discuss your position on the call today.

Regards,

**MASOOD ANJOM**
Partner
713.600.4972 | 800.856.8153
1221 McKinney, Suite 2500
Houston, Texas 77010
LinkedIn  vCard
AZALAW.COM

<image001.gif>

The information contained in this message is privileged, confidential and intended only for the use of the addressee. If the sender of this message is not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the message is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and return the original message to the sender at the above e-mail address. Thank you.

---

**From:** Stronczer, Ryan <rstronczer@akingump.com>
**Sent:** Monday, May 2, 2022 4:37 PM
**To:** Masood Anjom <manjom@AZALAW.COM>; Leslie V. Payne <lpayne@hpcllp.com>; Scott Clark <sclark@AZALAW.COM>; Jeffrey Wright <jeffrey.wright@azalaw.com>
**Cc:** AG-UPLLC-WAPP <AG-UPLLC-WAPP@akingump.com>
**Subject:** RE: WAPP Tech v. Wells Fargo and Bank of America - Subpoenas to Unified Patents

Masood,

Confirming the dial-in for tomorrow's call at 3pm ET below.

In light of my previous email, do you have a position on the extension?

**Join by Telephone**

Dial:                   888 788 0099 (US Toll Free)
                           +1 213 338 8477 (US Toll)
                           +1 929 205 6099 (US Toll)

[International numbers](#)

Phone one-tap:    (US Toll Free): 8887880099,,7895074338#
Meeting ID:        789 507 4338

Thanks,

**Ryan S. Stronczer**
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Direct: +1 202.887.4586 | Internal: 24586

---

**From:** Stronczer, Ryan <rstronczer@akingump.com>
**Sent:** Friday, April 29, 2022 11:27 AM
**To:** Masood Anjom <manjom@AZALAW.COM>; Leslie V. Payne <lpayne@hpcllp.com>; Scott Clark <sclark@AZALAW.COM>; Jeffrey Wright <jeffrey.wright@azalaw.com>
**Cc:** AG-UPLLC-WAPP <AG-UPLLC-WAPP@akingump.com>
**Subject:** RE: WAPP Tech v. Wells Fargo and Bank of America - Subpoenas to Unified Patents

Masood,

Thank you. We will circulate a dial-in for Tuesday at 3pm ET.

With respect to the extension, we would like to discuss your positions on the scope of the requests, their relevance to any issue in the respective cases, and the general status of discovery from the respective defendants regarding the requested information. We will then need a reasonable period of time to discuss with our client.

Thanks,
**Ryan S. Stronczer**
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Direct: +1 202.887.4586 | Internal: 24586

---

**From:** Masood Anjom <manjom@AZALAW.COM>
**Sent:** Friday, April 29, 2022 10:02 AM
**To:** Stronczer, Ryan <rstronczer@akingump.com>; Leslie V. Payne <lpayne@hpcllp.com>; Scott Clark <sclark@AZALAW.COM>; Jeffrey Wright <jeffrey.wright@azalaw.com>
**Cc:** AG-UPLLC-WAPP <AG-UPLLC-WAPP@akingump.com>
**Subject:** RE: WAPP Tech v. Wells Fargo and Bank of America - Subpoenas to Unified Patents

Ryan –

We are available on Tuesday at 3 pm ET. Please circulate a dial in if that time works for you.

At this point, I am not clear what the purpose of the requested one-week extension is. I can let you know our position if you shed some light on that.

Regards,

<image001.gif>

**MASOOD ANJOM**
*Partner*
7136004972   |   800.856.8153
1221 McKinney, Suite 2500
Houston, Texas 77010
LinkedIn   vCard
AZALAW.COM

The information contained in this message is privileged, confidential and intended only for the use of the addressee. If the sender of this message is not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the message is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and return the original message to the sender at the above e-mail address. Thank you.

**From:** Stronczer, Ryan <rstronczer@akingump.com>
**Sent:** Thursday, April 28, 2022 4:23 PM
**To:** Masood Anjom <manjom@AZALAW.COM>; Leslie V. Payne <lpayne@hpcllp.com>; Scott Clark <sclark@AZALAW.COM>; Jeffrey Wright <jeffrey.wright@azalaw.com>
**Cc:** AG-UPLLC-WAPP <AG-UPLLC-WAPP@akingump.com>
**Subject:** RE: WAPP Tech v. Wells Fargo and Bank of America - Subpoenas to Unified Patents

Masood,

Our team is not available on Monday.  We can do Tuesday 3-5 ET or Wednesday before Noon ET.

Do you have a position on a one-week extension to May 10?

Thanks,
**Ryan S. Stronczer**
**AKIN GUMP STRAUSS HAUER & FELD** LLP
Direct: +1 202.887.4586 | Internal: 24586

**From:** Masood Anjom <manjom@AZALAW.COM>
**Sent:** Thursday, April 28, 2022 3:47 PM
**To:** Stronczer, Ryan <rstronczer@akingump.com>; Leslie V. Payne <lpayne@hpcllp.com>; Scott Clark <sclark@AZALAW.COM>; Jeffrey Wright <jeffrey.wright@azalaw.com>
**Cc:** AG-UPLLC-WAPP <AG-UPLLC-WAPP@akingump.com>; Masood Anjom <manjom@AZALAW.COM>
**Subject:** RE: WAPP Tech v. Wells Fargo and Bank of America - Subpoenas to Unified Patents

Ryan – We are available for a meet and confer on Monday between 2-4 pm (CST).

Regards,

<image001.gif>

**MASOOD ANJOM**
*Partner*
7136004972   |   800.856.8153

1221 McKinney, Suite 2500
Houston, Texas 77010
LinkedIn   vCard
AZALAW.COM

The information contained in this message is privileged, confidential and intended only for the use of the addressee. If the reader of this message is not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the message is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and return the original message to the sender at the above e-mail address. Thank you.

---

**From:** Stronczer, Ryan <rstronczer@akingump.com>
**Sent:** Wednesday, April 27, 2022 7:15 PM
**To:** Masood Anjom <manjom@AZALAW.COM>; Leslie V. Payne <lpayne@hpcllp.com>; Scott Clark <sclark@AZALAW.COM>; Jeffrey Wright <jeffrey.wright@azalaw.com>
**Cc:** AG-UPLLC-WAPP <AG-UPLLC-WAPP@akingump.com>
**Subject:** RE: WAPP Tech v. Wells Fargo and Bank of America - Subpoenas to Unified Patents

Masood,

Attached please find Unified Patents' objections and responses to your subpoena. Please confirm that you will accept email service.

We are available to meet-and-confer next week. Please let us know what works for your team. In the interest of resolving this issue, we request an additional extension until May 10, 2022.

Thanks,

**Ryan S. Stronczer**
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Direct: +1 202.887.4586 | Internal: 24586

---

**From:** Masood Anjom <manjom@AZALAW.COM>
**Sent:** Monday, April 18, 2022 5:35 PM
**To:** Stronczer, Ryan <rstronczer@akingump.com>
**Cc:** Carrano, Cono <ccarrano@AKINGUMP.com>; Leslie V. Payne <lpayne@hpcllp.com>; Scott Clark <sclark@AZALAW.COM>; Jeffrey Wright <jeffrey.wright@azalaw.com>
**Subject:** RE: WAPP Tech v. Wells Fargo and Bank of America - Subpoenas to Unified Patents

**\*\*EXTERNAL Email\*\***

Ryan –

We cannot agree to a 4-week extension. However, in an effort to accommodate your request for additional time, Wapp agrees to a 2-week extension for UP to object/respond to the subpoena which would make May 3rd the new deadline.

Please include my colleagues copied on this email on future correspondence regarding this matter.

Regards,

**MASOOD ANJOM**

The information contained in this message is privileged, confidential and intended only for the use of the addressee. If the sender of this message is not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the message is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and return the original message to the sender at the above e-mail address. Thank you.

Partner

<image001.gif>

7136004972 | 800.856.8153

1221 McKinney, Suite 2500
Houston, Texas 77010

LinkedIn  vCard

AZALAW.COM

---

**From:** Stronczer, Ryan <rstronczer@akingump.com>
**Sent:** Monday, April 18, 2022 4:03 PM
**To:** Masood Anjom <manjom@AZALAW.COM>
**Cc:** Carrano, Cono <ccarrano@AKINGUMP.com>
**Subject:** WAPP Tech v. Wells Fargo and Bank of America - Subpoenas to Unified Patents

Counsel,

We have been contacted by Unified Patents, LLC regarding the subpoenas issued in connection with *WAPP Tech Limited Partnership, et al v. Bank of America, N.A.*, Case No. 4:21-cv-00670 (EDTX) and *WAPP Tech Limited Partnership, et al v. Wells Fargo Bank, N.A.*, Case No. 4:21-cv-00671 (EDTX).

Please let us know by 11am (ET) tomorrow morning (April 19, 2022) if WAPP will agree to a 4-week extension for Unified to object or otherwise respond to the subpoenas. The new deadline would be Tuesday, May 17, 2022.

Thanks,

**Ryan S. Stronczer**
**AKIN GUMP STRAUSS HAUER & FELD LLP**

2001 K Street N.W. | Washington, DC 20006 | USA | Direct: +1 202.887.4586 | Internal: 24586
Fax: +1 202.887.4288 | rstronczer@akingump.com | akingump.com | Bio
Pronouns: he/him/his (What's this?)

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.